# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0651
Lower Tribunal No. F14-28181
_____


**Wadson Sagaille,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Wadson Sagaille, in proper person.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.


Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Wainwright v. State</u>, 50 Fla. L. Weekly S108, S109 (Fla.

June 3, 2025), cert. denied, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); Garcia v. State, No. 3D24-1864, 2025 WL 1943935 (Fla. 3d DCA July 16, 2025); Spikes v. State, No. 3D25-0896, 2025 WL 1819468 (Fla. 3d DCA July 2, 2025); Arias v. State, No. 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025); Del Sol v. State, 3D25-0654, 2025 WL 1943812 (Fla. 3d DCA July 16, 2025); Acosta v. State, No. 3D24-2218, 2025 WL 1699892 (Fla. 3d DCA June 18, 2025).